UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAVIER VEGA MORENO,                          :
                                             :
                        Plaintiff,           :
                                             :
            - against -                      :
                                             :
COMMISSIONER OF SOCIAL SECURITY,             :
                                             :
                        Defendant.           :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2020

20-CV-3803 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff is reminded that his time to serve Defendant expired on August 12, 2020 (ninety days after Plaintiff filed his complaint).  Plaintiff is ordered to serve Defendant no later than **October 12, 2020**.  If Plaintiff fails again to timely serve Defendant, the Court will recommend that this action be dismissed for failure to prosecute.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 28, 2020
        New York, New York

Copies transmitted this date to all counsel of record.